60 F.3d 525
 10 IER Cases 1312
 UNITED STATES of America, ex rel., Plaintiff,
Harold R. FINE, Plaintiff-Appellant,
v.
CHEVRON USA, INC.; Bechtel Petroleum Operations, Inc.;
Williams Brothers Engineering Company,
Defendants-Appellees.
UNITED STATES of America, ex rel., Plaintiff,
Harold R. FINE, Plaintiff-Appellant,
v.
UNIVERSITY OF CALIFORNIA, and the Board of Regents of the
University of California, Defendants-Appellees.
 Nos. 93-15012, 93-15728.
 United States Court of Appeals,
Ninth Circuit.
 June 8, 1995.
 
 Before: WALLACE, Chief Judge.
 
 
 1
 Prior Report: 39 F.3d 957.
 
 
 2
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.